```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                   :
CORNER FAIRGROUND, INC.,          :
                                                   :
                  Plaintiff,         :
                                                 :      20-cv-1365 (VSB)
      -against-                      :         **ORDER**
                                                 :
EVANSTON INSURANCE COMPANY, :
                                                 :
                  Defendant.  :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Defendant's December 18, 2020 motion for leave to amend its answer and affirmative defenses. (Doc. 23.) Accordingly, it is hereby:

      ORDERED that Plaintiff shall issue any response to Defendant's motion for leave on or before January 11, 2021. Defendant is directed to file any reply on or before January 18, 2021.

SO ORDERED.

Dated: December 22, 2020
       New York, New York

                                                           */s/ Vernon Broderick*
                                                           Vernon S. Broderick
                                                           United States District Judge