UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                        :
ALLIED WINE CORP. et al.,                 :
                                                        :
                            Plaintiffs,   :
                                                          :          20-cv-1365 (VSB)
                         -against-          :
                                                          :                **ORDER**
EVANSTON INSURANCE COMPANY,  :
                                                          :
                                  Defendant.  :
------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiff's June 11, 2021 letter requesting that I refer this case for mediation. (Doc. 32.) This letter does not indicate Defendant's position. Accordingly, it is hereby:

      ORDERED that Defendant is directed to submit a letter on or before June 18, 2021 indicating its position as to Plaintiffs' request for mediation.

      SO ORDERED.

Dated: June 15, 2021
       New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge